

# HURWITZ & FINE, P.C.
### ATTORNEYS AT LAW

**Brian D. Barnas**
bdb@hurwitzfine.com

May 18, 2022

**_Via ECF_**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722

   Re: *Merchants Mutual Insurance Company v. NorGUARD Insurance Company*
     Index No.: 21 CV 5381 (GRB) (ARL)

Dear Magistrate Judge Lindsay:

  The undersigned represents Plaintiff Merchants Mutual Insurance Company ("Merchants") in the above lawsuit. Please accept this letter as the parties' joint request to adjourn the telephonic conference which is scheduled for tomorrow, May 19, 2022.

  The parties seek a one week adjournment of the conference in order that Merchants Mutual can have the opportunity to finalize its position with respect to the ideas proposed at the last conference, for resolving this matter.

  This the first request for an adjournment of this conference, and no future requests for adjournment are contemplated or expected.

  Thank you for your consideration of this joint request.

            Respectfully submitted,

            HURWITZ & FINE, P.C.

            Brian D. Barnas

cc: *(Via ECF)*
   Yale Glazer, Esq.

HEADQUARTERS: 1300 LIBERTY BUILDING, BUFFALO, NEW YORK 14202 ▼ P: 716-849-8900 ▼ F: 716-855-0874 ▼ WWW.HURWITZFINE.COM
OFFICES IN ▼ BUFFALO, NEW YORK ▼ ALBANY, NEW YORK ▼ ALBION, NEW YORK ▼ AMHERST, NEW YORK ▼ MELVILLE, NEW YORK
NIAGARA FALLS, NEW YORK ▼ PALM BEACH GARDENS, FLORIDA ▼ TORONTO, ONTARIO ▼ FAX/E-MAIL NOT FOR SERVICE