**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MERCHANTS MUTUAL INSURANCE
COMPANY,

                      Plaintiff,

  - against -                                  **JUDGMENT**
                                                  CV 21-5381 (ARL)
NORGUARD INSURANCE COMPANY,

                      Defendant.
-----------------------------------------------------------X

      An Order of Honorable Arlene R. Lindsay, United States Magistrate Judge, having been filed on September 20, 2023; granting Plaintiff's motion for summary judgment; denying Defendant's cross-motion for summary judgment; and declaring that Defendant NorGuard Insurance Company must provide Plaintiff Merchants Mutual Insurance Company's insured Swan Lake Golf Corp., with a defense through separate and independent defense counsel, it is

      **ORDERED AND ADJUDGED** that Plaintiff Merchants Mutual Insurance Company's motion for summary judgment is granted; that Defendant NorGuard Insurance Company's cross-motion for summary judgment is denied; that Defendant NorGuard Insurance Company must provide Plaintiff Merchants Mutual Insurance Company's insured Swan Lake Golf Corp., with a defense through separate and independent defense counsel; and that this case is closed.


Dated: September 21, 2023
       Central Islip, New York

                                                                    BRENNA B. MAHONEY
                                                                    CLERK OF COURT

                                                      BY:    /S/ JAMES J. TORITTO
                                                                     DEPUTY CLERK